UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
DALAL, KAMAL § Case No. 07-23056
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cardiothoracic & Vascular Surgical Assoc. | | | | | |
| Chase Bank | | | | | |
| GM Card | | | | | |
| U.S. Dept. of Education | | | | | |
| Wells Fargo | | | | | |
| CHASE BANK | | | | | |
| DISCOVER BANK | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-23056 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | DALAL, KAMAL | | | Date Filed (f) or Converted (c): | 12/07/07 (f) |
| | | | | 341(a) Meeting Date: | 01/08/08 |
| For Period Ending: | 10/12/10 | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE, 2458 187 TH ST. After liens and exemptions, property has no value to estate. Debtor Claimed Exemption | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 20.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD FURNISHINGS Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. ONE MAN'S WEARING APPARREL Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 5. 40% OWNER OF AMIT, INC. Debtor Claimed Exemption | 400.00 | 400.00 | | 2,000.00 | FA |
| 6. 1999 MITSUBISHI MONTERO Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | Unknown |

TOTALS (Excluding Unknown Values)     $188,620.00     $420.00     $2,000.29     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

Ver: 16.00

Case 07-23056    Doc 32    Filed 10/19/10    Entered 10/19/10 11:51:03    Desc Main
Document      Page 7 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-23056    SPS    Judge: Susan Pierson Sonderby | Trustee Name:    Frances Gecker |
| Case Name: | DALAL, KAMAL | Date Filed (f) or Converted (c):    12/07/07 (f) |
| | | 341(a) Meeting Date:    01/08/08 |
| | | Claims Bar Date:    02/18/10 |

A final report has been filed in this case.

Initial Projected Date of Final Report (TFR): 04/15/14        Current Projected Date of Final Report (TFR): 06/15/10

/s/   Frances Gecker
_____    Date: 10/12/10
   FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-23056 -SPS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | DALAL, KAMAL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5489  MONEY MARKET |
| Taxpayer ID No: | 54-6876209 | | |
| For Period Ending: | 10/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/09 | 5 | Law Office of Kurt J. Kolar<br>191 N. Wacker Dr., Suite 2300<br>Chicago, Illinois 60606 | | 1129-000 | 2,000.00 | | 2,000.00 |
| 11/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.02 | | 2,000.02 |
| 12/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.07 |
| 01/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.12 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.17 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.22 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.27 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,000.32 |
| 06/24/10 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 2,000.36 |
| 06/24/10 | | Transfer to Acct #*******5722 | Final Posting Transfer | 9999-000 | | 2,000.36 | 0.00 |

Page Subtotals     2,000.36          2,000.36

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-23056 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | DALAL, KAMAL | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5489  MONEY MARKET |
| Taxpayer ID No: | 54-6876209 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,000.36 | 2,000.36 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 2,000.36 | |
| | | | Subtotal | | 2,000.36 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,000.36 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-23056 -SPS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | DALAL, KAMAL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5722  GENERAL CHECKING |
| Taxpayer ID No: | 54-6876209 | | |
| For Period Ending: | 10/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/10 | | Transfer from Acct #*******5489 | Transfer In From MMA Account | 9999-000 | 2,000.36 | | 2,000.36 |
| 08/05/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 400.09 | 1,600.27 |
| 08/05/10 | 001001 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 6% | 7100-000 | | 563.09 | 1,037.18 |
| 08/05/10 | 001002 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 6% | 7100-000 | | 18.35 | 1,018.83 |
| 08/05/10 | 001003 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 6% | 7100-000 | | 227.28 | 791.55 |
| 08/05/10 | 001004 | Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19850 | Claim 000004, Payment 6% | 7100-000 | | 791.55 | 0.00 |

Page Subtotals    2,000.36    2,000.36

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-23056 -SPS |
| Case Name: | DALAL, KAMAL |
| Taxpayer ID No: | 54-6876209 |
| For Period Ending: | 10/12/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5722 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,000.36 | 2,000.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,000.36 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,000.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,000.36 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5489 | 2,000.36 | 0.00 | 0.00 |
| GENERAL CHECKING - ********5722 | 0.00 | 2,000.36 | 0.00 |
| | 2,000.36 | 2,000.36 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/   Frances Gecker_____   Date: _____
FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 16.00

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*